UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES R. PICKENS                                                                                           PLAINTIFF

v.                                      NO. 4:18-CV-212-JLH-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                                        DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED AND REMANDED, with instructions to develop the record as necessary and to reconsider Mr. Pickens's RFC and the medical evidence.

DATED this 1st day of April, 2019.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE