UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES R. PICKENS                                                                                    PLAINTIFF

v.                                    NO. 4:18-CV-212-JLH-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                                      DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED AND REMANDED.

Judgment is entered in favor of the Plaintiff.

DATED this 1st day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE