# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMES R. PICKENS                                                                                    PLAINTIFF

v.                                      No. 4:18CV00212 JLH-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                                  DEFENDANT

## ORDER

The plaintiff's request for attorneys' fees under the Equal Access to Justice Act is GRANTED. Document #19. Fees are hereby awarded in the amount of $6,888.20.

IT IS SO ORDERED this 16th of May, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE